1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA ORTIZ,<br>            Plaintiff,<br>   v.<br>RECONTRUST COMPANY;<br>COUNTRYWIDE HOME LOANS,<br>INC., dba COUNTRYWIDE<br>BANK, N.A.; EXPANDED<br>MORTGAGE CREDIT; and<br>DOES 1 to 200,<br>inclusive,<br>            Defendants. | Case No. EDCV 08-1308-VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 20, 2008

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge